```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FAYETTEVILLE DIVISION
```

DAVID ROBBINS, et al.                                          PLAINTIFFS

    vs.                    Case No. 06-5198

JESSE RAY, et al.                                              DEFENDANTS

### O R D E R

Currently before the Court is plaintiffs' **Motions to Dismiss Separate Defendant Robert Coffelt (Doc. 13) and Separate Defendant Brad Pollock (Doc. 14).** Upon due consideration, the motions are **GRANTED,** plaintiffs' claims against Coffelt and Pollock are **DISMISSED WITH PREJUDICE,** and Coffelt and Pollock are **DISMISSED** as defendants to this action. See Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 27th day of July 2007.

                                                           /S/JIMM LARRY HENDREN
                                                           JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE